**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Miguel ANDRADE–ROCHA,**
**Defendant–Appellant.**

**No. 14–41314**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Miguel Andrade–Rocha raises

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

an argument that he concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which held that knowledge of drug type and quantity is not an element of a 21 U.S.C. § 841 offense. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.